**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 16-mj-8169-JPO** |
| | ) | |
| **GORAN SABAH GHAFOUR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, Special Agent Kenneth Lovesee, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**COUNT 1**
***Fraud and Misuse of Visas, Permits, and Other Documents***

On or about June 24, 2014, and continuing until at least August 21, 2015, in the District of Kansas, and elsewhere, the defendant,

**GORAN SABAH GHAFOUR,**

knowingly made under oath and under penalty of perjury subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations, that is, the defendant claimed to have worked for the United States government as an interpreter, which was false. This was in violation of Title 18, United States Code, Section 1546.

**COUNT 2**
***Aggravated Identity Theft***

On or about June 3, 2015, in the District of Kansas and elsewhere, the defendant,

**GORAN SABAH GHAFOUR,**

knowingly used without lawful authority a means of identification of another person, that is, V.H., during and in relation to the felony of Fraud and Misuse of Visas, Permits, and Other Documents, as charged in Count One. This was done in violation of Title 18, United States Code, Section 1028A.

**COUNT 3**
***Aggravated Identity Theft***

On or about August 21, 2015, in the District of Kansas, and elsewhere, the defendant,

**GORAN SABAH GHAFOUR,**

knowingly used without lawful authority a means of identification of another person, that is, D.P., during and in relation to the felony of Fraud and Misuse of Visas, Permits, and Other Documents, as charged in Count One. This was done in violation of Title 18, United States Code, Section 1028A.

I am a Special Agent of the Homeland Security Investigations ("HSI") and have been a federal officer for over 28 years. I am currently assigned to the Office of the Assistant Special Agent in Charge, Kansas City, Missouri.

This complaint is based on the following facts, which are known to me as a result of my personal participation in the investigation, my conversations with law enforcement officers involved in the investigation, and from reports prepared by other persons:

1. On March 11, 2016, Affiant contacted Immigration Officer Eric Lueth with the Fraud Detection and National Security Unit, U.S. Citizenship and Immigration Services (USCIS). Mr. Lueth provided information concerning GORAN SABAH GHAFOUR, Alien Registration 208 042 540. Ghafour filed two applications with USCIS in an attempt to gain immigration benefits. On June 24, 2014, USCIS received Form I-360 (Petition for Amerasian, Widow(er), or Special Immigrant) from GHAFOUR. GHAFOUR submitted the application under a special provision

of this visa application which is for former Iraqi nationals who worked for or on behalf of the U.S. Government in Iraq. The application requires the applicant to provide a "chief of mission letter" which details exactly what services were provided to the U.S. government. GHAFOUR failed to provide sufficient information to USCIS to support his claim and the application was denied on October 3, 2014. On March 6, 2015, GHAFOUR filed a second Form I-360 with USCIS. In this application, GHAFOUR indicated he supported the U.S. Armed Forces as a translator in Iraq. The application requested the applicant submit a letter of recommendation in order to meet the qualifications for the visa. GHAFOUR failed to provide the letter in his initial application which required USCIS to send him a letter requesting additional evidence. On May 22, 2015, USCIS received an email with the subject "Letter for Mr. Ghafour, LIN1510550084." On June 3, 2015, GHAFOUR forwarded the same letter to USCIS from his email account "lohangoran@yahoo.com." The letter appeared to be drafted by a Brigadier General V.H. The letter contained suspicious information which USCIS referred to their Fraud Detection and National Security (FDNS) unit. FDNS found the letter from V.H. had the following inconsistencies which made the correspondence suspect: conflicting information about V.H.'s rank, his email address, the lack of military letterhead, and an inconsistent writing style typical for military officers. After FDNS determined Brigadier General V.H. was actually Colonel V.H., a letter requesting additional evidence was sent to GHAFOUR.

2. Special Agent Carolyn Fontaine, U.S. Army, Criminal Investigations Division, Fort Leavenworth, Kansas, determined Goran Sabah Ghafour had provided false information to USCIS in his application as a special immigrant. Goran Sabah Ghafour stated he served as a translator and interpreter for Brigadier General V.H., Deputy Commander of the U.S. 10th Mountain Division and 101st Airborne Division, Kirkuk, Iraq. The time period of Ghafour's

alleged services was from August 2007 to August 2008. A query of the Defense Manpower Data Center database revealed V.H. was presently assigned to Fort Leavenworth, KS. The Military Records Database revealed that during August 2007 through November 2008, V.H. was assigned to the 6th Cavalry Regiment as an Operations Officer. V.H. was assigned in Kirkuk, Iraq in support of Operation Iraqi Freedom from 2007-2008 as a Squadron Executive Officer and Operations Officer for the 1st Combat Aviation Brigade. He never commanded the 10th Mountain Division or 101st Airborne Division. V.H. told investigators that the letter allegedly written by him was fraudulent, including the email address the letter was sent from. V.H. said all the information in the letter was erroneous including his signature which was not his handwriting style. V.H. said he never vouched for anyone to become a U.S. citizen and he did not remember GHAFOUR.

3. In Ghafour's Form I-360 petition he provided a contact email address of lohangoran@yahoo.com. Ghafour had attempted a second time to obtain an immigrant visa by submitting a purported letter written by Brigadier General D.P. On August 21, 2015, Ghafour sent a second "general or flag officer in chain of command" letter from mailbox lohangoran@yahoo.com to USCIS. The email had an attached letter which was purported to be written by Brigadier General D.P. The one page letter indicated Ghafour was employed from May 1, 2006 to May 1, 2007 in the position of translator/interpreter. The letter said Ghafour was an excellent English speaker, he had a background check clearance, security check, and that he was not aware of any derogatory information on Ghafour. The letter said that D.P.could be contacted at a specific email address. The Nebraska Service Center was not able to confirm the existence of D.P. or the authenticity of the letter. USCIS sent an email to Ghafour at lohangoran@yahoo.com. USCIS informed Ghafour they were unable to contact D.P. and

therefore could not verify the authenticity of the letter purportedly written by the general. On September 28, 2015, Ghafour sent an email from the address lohangoran@yahoo.com to the USCIS email box SIVTranslator.NSC@uscis.dhs.gov. Ghafour informed USCIS he had contacted D.P., and D.P. was currently outside the country so the best way to reach him was by email correspondence. GHAFOUR provided two email addresses purportedly belonging to D.P.

4. Affiant contacted the U.S. Army Criminal Investigations Division (CID) at Fort Leavenworth, KS and spoke with Special Agent Fontaine. SA Fontaine queried the Defense Manpower Data Center (DMDC) and located one possible match for D.P., who retired from the Army in September 2011. The letter submitted by GHAFOUR to USCIS stated D.P. was a commander in 2015. When interviewed, D.P. said the two email addresses documented in his purported letter were absolutely false. D.P. said he has never had an AOL account, he never uses his rank in a commercial email account nor does he use his actual name in the account. D.P. denied authoring the letter and the signature on the document was a fabrication. The format of the letter was also incorrect. D.P. told SA Fontaine he was assigned as the Deputy Commander of USACIDC in August 2005 stationed in Fort Belvoir, not Iraq. His deployments in Iraq were 2003, 2004, 2007, and 2008.

5. Google Legal provided Affiant with Internet email address information pertaining to an account allegedly used by D.P. The account was created on September 27, 2015 and an associated phone number was 785-330-3336. A recovery email was listed as Goran@ku.edu. The account creation date IP address of 129.237.215.161 returned to an area near Kasold Drive and Bob Billings Parkway, Lawrence, KS.

6. On May 23, 2016, the University of Kansas provided Affiant with email address information pertaining to goran@ku.edu. The account was created by the University of Kansas

on April 27, 2010 for Goran Sabah Ghafour. Ghafour is listed as a Graduate Teaching Assistant in the Journalism Department. There was a password change on the account on February 29, 2016. The permanent email address associated to goran@ku.edu is g282g209@ku.edu. The University of Kansas lists Ghafour having a home address on Eddingham Drive, Lawrence, Kansas, and phone numbers 785-864-0607, (cellular) 785-330-3336 and (permanent) 785-917-9299 associated to the email account.

7. On June 2, 2016, HSI Kansas City conducted a search warrant operation at Ghafour's home address. GHAFOUR was interviewed during the operation by SA James Taylor and Affiant. GHAFOUR admitted to SA Taylor and Affiant he had attempted to procure an immigrant visa through fraud by filing Form I-360 with USCIS. GHAFOUR admitted that he created fictitious Internet email accounts in the names of D.P. and V.H. for the purpose of giving the appearance these were actual accounts belonging to U.S. Military officers familiar with him. GHAFOUR hoped that USCIS would then grant his application for a visa.

The foregoing is true and correct to the best of my information and belief.

Kenneth R. Lovesee
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence this 19th day of July, 2016, at Kansas City, Kansas.

James P. O'Hara

Digitally signed by James P. O'Hara
DN: cn=James P. O'Hara, o=U.S. District Court of Kansas, ou=U.S. Magistrate Judge, email=a@a.com, c=US
Date: 2016.07.20 11:15:00 -05'00'

Honorable James P. O'Hara
United States Magistrate Judge
District of Kansas

## PENALTIES

**Count 1:**        **Fraud and Misuse of Visas, Permits, and Other Documents**

- Not more than 10 years imprisonment,
- a fine of NMT $250,000.00,
- NMT 3 years supervised release,
- $100.00 special assessment, and
- Forfeiture allegation.

**Counts 2 and 3:**        **Aggravated Identity Theft**

- NLT 2 years imprisonment consecutive to any other count,
- a fine of NMT $250,000.00,
- NMT 1 years supervised release,
- $100.00 special assessment, and