AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

United States of America
v.
GORAN SABAH GHAFOUR

28212-031

Case No. 16-mj-8169-JPO

Defendant

**FILED**

JUL 21 2016

TIMOTHY M. O'BRIEN CLERK
By_____Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GORAN SABAH GHAFOUR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Fraud and Misuse of Visas, Permits, and Other Documents
Counts 2 and 3: Aggravated Identity Theft

Date: 7-19-16

James P. O'Hara
Digitally signed by James P. O'Hara
DN: cn=James P. O'Hara, o=U.S. District Court of Kansas,
ou=U.S. Magistrate Judge, email=a@a.com, c=US
Date: 2016.07.20 11:15:34 -05'00'

*Issuing officer's signature*

City and state: Kansas City, Kansas

Honorable James P. O'Hara, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* July 20, 2016, and the person was arrested on *(date)* July 21, 2016
at *(city and state)* Lawrence, KS.

Date: July 21, 2016

*Arresting officer's signature*

Kenneth R. Lovesee, Special Agent
*Printed name and title*