## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                                              Case No: 16-mj-8169-JPO

GORAN SABAH GHAFOUR

AUSA: Chris Oakley
Counsel for Defendant: Branden Bell (fpd)

| | | | |
|---|---|---|---|
| **JUDGE:** | James P. O'Hara | **DATE:** | July 21, 2016 |
| **DEPUTY CLERK:** | Yolanda Holman | **TIME:** | FTRJpo 2:31 p.m. |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | Amanda Hudson |

Length of Hearing:   0   Hr(s)   15   Min(s)                                   Location:  Kansas City, Kansas
Hearing Concluded:   (x) Yes ( ) No

### PROCEEDINGS

(x)  Rule 5 Hearing                ( )  Initial Revocation Hearing  ( )  Bond Hearing
( )  Identity Hearing              ( )  Held  ( )  Waived    ( )  Bond Revocation Hearing
( )  Preliminary Hearing           ( )  Held  ( )  Waived    ( )  Arraignment
( )  Detention Hearing             ( )  Held  ( )  Waived    ( )
( )  Scheduling Conference         ( )  Held  ( )  Waived

( )  Interpreter                   ( )  Sworn                ( )  Previously sworn
(x)  Charges and penalties explained to defendant
(x)  Defendant sworn and examined re: financial ability to retain counsel
(x)  Counsel appointed                        ( )  At defendant's expense
(x)  Constitutional rights explained          (x)  Felony    ( )  Misdemeanor
( )  Defendant declined to waive indictment   ( )  Will be presented by next Grand Jury
( )  Signed Waiver of Indictment
( )  Advised of rights under Rule 20
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed             ( )  Plea Agreement Attached
( )  Transferred to:
( )  ARRAIGNMENT AND PLEA:                                    ( )  No. of Counts:
     ( )  Waived Reading of   ( )  Indictment  ( )  Information  ( )  Read to Defendant
     ( )  Previous Plea       ( )  Guilty      ( )  Not Guilty   Counts:
     ( )  Guilty                                                 Counts:
     ( )  Not Guilty                                             Counts:

( )  Bail denied              ( )  Bail fixed at           ( )  Bail remain at
( )  $                        ( )  Unsecured               ( )  Secured
( )  Release Order            ( )  Executed                ( )  Continued in effect
(x)  Deft. remanded to custody ( ) Pending compliance with conditions of release
(x)  Temporary Detention Ordered

**Deft's next appearance: Detention and Preliminary Hearing set July 26, 2016 at 11:00 a.m. before Magistrate Judge James P. O'Hara**

**Miscellaneous:** Government's Oral Motion for pretrial detention and a continuance of that hearing is granted.