AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____District of Kansas_____

### **APPEARANCE**

UNITED STATES OF AMERICA,
                Plaintiff,
    vs.                                CASE NUMBER: 16-mj-8169-JPO

GORAN SABAH GHAFOUR,
                Defendant.
_____

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        Goran Sabah Ghafour, Defendant.

    I certify that I am admitted to practice in this court.

July 22, 2016                              s/Branden A. Bell            22618
                                                          Name                             Bar Number

                                          Assistant Federal Public Defender
                                          117 SW 6th Avenue, Suite 200
                                          Address

                                          Topeka, Kansas                66603-3840
                                          City         State                             Zip Code

                                          785/232-9828                  785/232-9886
                                          Phone Number                           Fax Number

                                          E-mail address: branden_bell@fd.org