## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

GORAN SABAH GHAFOUR

Case No: 16-8169-01-JPO
AUSA: Chris Oakley
Deft. Atty.: Branden Bell

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: | July 26, 2016 |
| DEPUTY CLERK: | Kathy Grant | TAPE/REPORTER: | 11:00 FTR/JPO |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | Amanda Hudson |

Length of Hearing: ____ Hr(s) Min(s) __10__   Location: Kansas City, Kansas
Hearing Concluded  _X_  Yes   ___ No

### PROCEEDINGS

( ) Rule 5 Hearing             ( ) Initial Revocation Hearing        ( ) Bond Hearing
( ) ID/Removal Hearing         ( ) Held   ( ) Waived                 ( ) Bond Revocation Hearing
(X) Preliminary Hearing        ( ) Held   (X) Waived                 ( ) Arraignment
( ) Detention Hearing          ( ) Held   ( ) Waived                 ( )
( ) Discovery Conference       ( ) Held   ( ) Waived

( ) Interpreter                ( ) Appointed                         ( ) Sworn
( ) Charges and penalties explained to defendant
(X) Defendant sworn
( ) Defendant examined re: financial ability to retain counsel
( ) Counsel appointed          ( ) At defendant's expense
( ) Constitutional rights explained    ( ) Felony    ( ) Misdemeanor
( ) Defendant declined to waive indictment   ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of consular notification rights
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed       ( ) Plea Agreement Attached
( ) Transfer to the _____ District of _____
(X) Oral motion by Government for pretrial detention of defendant WITHDRAWN.

( ) ARRAIGNMENT AND PLEA:                                            ( ) No. of Counts ___
    ( ) Waived Reading of    ( ) Indictment    ( ) Information       ( ) Read to Defendant
    ( ) Previous Plea        ( ) Guilty        ( ) Not Guilty        Counts:_____Withdrawn
    ( ) Guilty                                                       Counts:_____Accepted
    ( ) Not Guilty                                                   Counts: ___

( ) Bail fixed at              ( ) Bail denied                       ( ) Bail remains denied
( ) $_____            ( ) Unsecured                         ( ) Secured
(X) Release Order              (X) Executed                          ( ) Continued in effect
( ) Deft. remanded to custody  ( ) Pending compliance with conditions of release
( ) Detention Ordered

Case Management Meet and Confer:
Speedy Trial Act motions filed by:
Status Conference:
Deft's next appearance: August 16, 2016, at 1:30 p.m. before Judge O'Hara for status conference (or initial appearance if indictment returned)

Miscellaneous: