AO 468 (Rev. 1/86) Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

v.

GORAN SABAH GHAFOUR

**WAIVER OF PRELIMINARY HEARING**

**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:   16-MJ-8169-JPO

I, Goran Sabah Ghafour, charged in a complaint pending in this District with Fraud and Misuse of Visas, Permits, and other documents and Aggravated Identity Theft and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

7/26/16
_____
Date

_____
Counsel for Defendant