IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | Case No.  16-20072-CM/JPO |
| ) | |
| **GORAN SABAH GHAFOUR,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### INDICTMENT

The Grand Jury charges:

### COUNT 1
*Fraud and Misuse of Visas, Permits, and Other Documents*

On or about June 24, 2014, and continuing until at least August 21, 2015, in the District of Kansas and elsewhere, the defendant,

**GORAN SABAH GHAFOUR,**

knowingly made under oath and under penalty of perjury subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations, that is, the defendant claimed to have assisted the United States government as an interpreter, which was false. This was in violation of Title 18, United States Code, Section 1546.

### COUNT 2
*Aggravated Identity Theft*

On or about June 3, 2015, in the District of Kansas and elsewhere, the defendant,

**GORAN SABAH GHAFOUR,**

knowingly used without lawful authority a means of identification of another person, that is, V.H., during and in relation to the felony of Fraud and Misuse of Visas, Permits, and Other Documents, as charged in Count One.  This was done in violation of Title 18, United States Code, Section 1028A.

## COUNT 3
### *Aggravated Identity Theft*

On or about August 21, 2015, in the District of Kansas and elsewhere, the defendant,

**GORAN SABAH GHAFOUR,**

knowingly used without lawful authority a means of identification of another person, that is, D.P., during and in relation to the felony of Fraud and Misuse of Visas, Permits, and Other Documents, as charged in Count One.  This was done in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.


Dated: August 3, 2016                              s/Foreperson
                                                   FOREPERSON


   s/ D. Christopher Oakley #19248
THOMAS E. BEALL
Acting United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Thomas.Beall@usdoj.gov
(913) 551-6730
(913) 551-6541 (fax)

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

## PENALTIES

**Count 1:        Fraud and Misuse of Visas, Permits, and Other Documents**

- Not more than 10 years imprisonment
- a fine of NMT $250,000.00
- NMT 3 years supervised release
- $100.00 special assessment

**Counts 2 and 3:        Aggravated Identity Theft**

- NLT 2 years imprisonment consecutive to any other count
- a fine of NMT $250,000.00
- NMT 1 years supervised release
- $100.00 special assessment