UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

                                Case No. 16-20072-01-CM

**Vs.**

**GORAN GHAFOUR,**
          **Defendant.**

### ENTRY OF APPEARANCE

**COMES NOW** Jacquelyn E. Rokusek, a Kansas attorney duly qualified to practice law before this honorable court, and enters her appearance as counsel for the defendant herein. Counsel is aware of the current status and scheduled court hearings of this case.

Respectfully submitted,

/s/Jacquelyn E. Rokusek
Jacquelyn E. Rokusek  #16308
11658 W. 75th Street
Shawnee, Kansas  6214
913.948.9311
913.273.1890 (fax)
RokusekLawOffice@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2016, a copy of the aforementioned entry of appearance was sent via electronic filing to:

All interested parties

/s/Jacquelyn E. Rokusek  #16308