# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
   *Plaintiff,*

v.                                             Case No. **16-20072-01-CM**

**GORAN SABAH GHAFOUR**,
   *Defendant.*
_____

## MOTION TO WITHDRAW
_____

Branden A. Bell, Assistant Federal Public Defender for the District of Kansas, moves the Court, pursuant to Rule 83.5.5 of the Rules of Practice and Procedure for the United States District Court for the District of Kansas, for an Order allowing the Federal Public Defender's Office to withdraw as counsel for Goran Sabah Ghafour for the following reason:

1. Mr. Ghafour is now represented by Jacquelyn E. Rokusek, who entered her appearance on behalf of Mr. Ghafour on August 8, 2016.

2. Mr. Ghafour is on pretrial release.

3. By service of this motion, counsel advises Mr. Ghafour that he is personally responsible for complying with all orders of the Court and time limitations established by the rules of procedure or by court order.

4. This matter is currently scheduled for an initial appearance hearing on **August 16, 2016, at 1:30 p.m.**

5. Counsel informs the Court that, as stated in the certificate of service below, counsel has served Mr. Ghafour with a copy of this motion to withdraw by certified mail and counsel will file a notice of return receipt with the Court as soon as the return certified mail receipt is received.

6. Counsel further requests that the Court direct the Clerk's Office to remove his name from the electronic notification list related to this case after the Order allowing counsel to withdraw has been filed and entered of record.

For the above stated reasons, counsel respectfully moves this Court for an Order allowing the Federal Public Defender's Office to withdraw as counsel for Goran Sabah Ghafour. Counsel further requests that the Court direct the Clerk's Office to remove counsel's name from the electronic notification list after an Order has been entered allowing him to withdraw.

Respectfully submitted,

s/ Branden A. Bell
BRANDEN A. BELL, #22618
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, KS 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Email: branden_bell@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Donald Christopher Oakley
Assistant United States Attorney
Chris.Oakley@usdoj.gov

Jacquelyn E. Rokusek
Attorney for Goran Sabah Ghafour
rokuseklawoffice@yahoo.com

and a copy was sent by certified mail, return receipt requested to:

Mr. Goran Sabah Ghafour
2832 Iowa
Apt. H3
Lawrence, KS 66046

s/ Branden A. Bell<br>Branden A. Bell