CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

GORAN SABAH GHAFOUR

Case No: 16-20072-01-CM
AUSA: Chris Oakley
Deft. Atty.: Jackie Rokusek

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: | August 16, 2016 |
| DEPUTY CLERK: | Kathy Grant | TAPE/REPORTER: | 1:31 FTR/JPO |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | N/A |

Length of Hearing: ___ Hr(s) Min(s) _5_    Location: Kansas City, Kansas
Hearing Concluded _X_ Yes ___ No

## PROCEEDINGS

(X) Rule 5 Hearing (Indictment)    ( ) Initial Revocation Hearing    ( ) Bond Hearing
( ) ID/Removal Hearing             ( ) Held  ( ) Waived              ( ) Bond Revocation Hearing
( ) Preliminary Hearing            ( ) Held  ( ) Waived              (X) Arraignment
( ) Detention Hearing              ( ) Held  ( ) Waived              ( )
(X) Discovery Conference           (X) Held  ( ) Waived

( ) Interpreter                    ( ) Appointed                     ( ) Sworn
(X) Charges and penalties explained to defendant
(X) Defendant sworn
( ) Defendant examined re: financial ability to retain counsel
( ) Counsel appointed              ( ) At defendant's expense
(X) Constitutional rights explained ( ) Felony    ( ) Misdemeanor
( ) Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of consular notification rights
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed   ( ) Plea Agreement Attached
( ) Transfer to the _____ District of _____
( ) Oral motion by Government for pretrial detention of defendant

(X) ARRAIGNMENT AND PLEA:                                            ( ) No. of Counts ___
    (X) Waived Reading of   (X) Indictment   ( ) Information   ( ) Read to Defendant
    ( ) Previous Plea       ( ) Guilty       ( ) Not Guilty    Counts: _____ Withdrawn
    ( ) Guilty                                                 Counts: _____ Accepted
    (X) Not Guilty                                             Counts: 1, 2, 3

( ) Bail fixed at              ( ) Bail denied                    ( ) Bail remains denied
( ) $_____           ( ) Unsecured                      ( ) Secured
(X) Release Order              ( ) Executed                       (X) Continued in effect
( ) Deft. remanded to custody  ( ) Pending compliance with conditions of release
( ) Detention Ordered

Case Management Meet and Confer: September 6, 2016, at 9:00 a.m.
Speedy Trial Act motions filed by: September 12, 2016
Status Conference: September 19, 2016, at 9:30 a.m. before U.S. District Judge Carlos Murguia
Deft's next appearance :

Miscellaneous: