# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                    Case No:   16-20072-01

**GORAN SABAH GHAFOUR**,

      Defendant.

**Atty for Govt: Chris Oakley**
**Atty for Deft: Jackie Rokusek**

| JUDGE: | Hon. Carlos Murguia | DATE: | 1/4/2017 |
|---|---|---|---|
| CLERK: | Jeff Hokanson | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | | PRETRIAL/PROBATION: | Cassidi Lundell |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
                                                                 $ _____ on count(s)

☐ **Total Restitution:**                       $

☐ Defendant Fined                     $ _____ on count(s) _____
                                                      $ _____ on count(s)

☐ **Total Fine:**                                 $

☒ Defendant Assessed under 18:3013    $ 100.00    on count(s) 1
                                                            $ 100.00    on count(s) 2

☒ **Total Assessment:**                  $**200.00**

☒ Count(s) 3 dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant    - Advised of right to appeal
☒ Defendant to voluntarily surrender: at time and place as designated by US Marshal Service
☐ Defendant remanded to custody
☐ Stay of Execution   ☐ Granted   ☐ Denied
☐ Notes:  Government's objection to sentencing variance consideration overruled, and court finds that the defendant's total offense level is correctly calculated as 9.  Court grants variance from sentencing guidelines range for reasons set forth on the record.  Court imposes sentence of time served to Ct 1.  Court imposes sentence of 2 years imprisonment to Ct 2 consecutive to Ct 1.  Sentence to be followed by 1 year term of supervised release.  Court recommends placement within Federal Bureau of Prisons at USP Leavenworth Honor Camp.