AO 245B   (Rev. 11/16 - Case 2:16-cr-20072 Document: 30, Filed: 01-04-2017, Page 2 of 7
Sheet 2 – Imprisonment

Judgment – Page **2** of **7**

DEFENDANT: Goran Sabah Ghafour
CASE NUMBER: 2:16CR20072 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **2 years**.

Ct. 1: Time served; Ct. 2: 2 years (consecutive to Count 1)

☒ The Court makes the following recommendations to the Bureau of Prisons:
  Placement at Leavenworth camp.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at ___ on ___.

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before ___ on ___.

  ☒ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Officer.

FILED
FEB 22 2017
BY TIMOTHY M. O'BRIEN CLERK
Deputy

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ vol Surr on __2/14/17__ to __MCA__

at __McRae - Helena, Georgia__, with a certified copy of this judgment.

UNITED STATES MARSHAL

By __Kathy Gunn__
~~Deputy U.S. Marshal~~
Records