**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | Case No. 16-20072-01-CM |
| **GORAN SABAH GHAFOUR,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MEMORANDUM AND ORDER

This closed criminal case is before the court on Petitioner's Request for an Immediate Release or Sentence Reduction Due to the Facts of a Variance of Sentence (Doc. 35). Defendant represents to the court that members of his family are in poor health and that he was cooperative with the government during the investigation of his case. He would like to be able to support his family sooner than his present sentence allows. Defendant asks the court to order his release or a reduction in his sentence to "help ease all this mental anguish the petitioner and his family are going through."

While the court sympathizes with defendant's situation, defendant has not presented a valid basis for reducing his sentence or ordering his release. 18 U.S.C. § 3582(c) does provide limited circumstances under which the court may modify an imposed term of imprisonment, but defendant does not qualify under that statute or under Rule 35 of the Federal Rules of Criminal Procedure. Defendant does not cite a statute or other legal authority that would justify relief in this instance.

-2-

**IT IS THEREFORE ORDERED BY THE COURT** that Petitioner's Request for an Immediate Release or Sentence Reduction Due to the Facts of a Variance of Sentence (Doc. 35) is denied.

Dated this   8th   day of March, 2018, at Kansas City, Kansas.

>   s/ Carlos Murguia
>   **CARLOS MURGUIA**
>   **United States District Judge**